IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                                    CASE NO.06-40552TLH4

WELLS, CHRISTOPHER S.
WELLS, KONNI R.                                                CHAPTER 7

       Debtor(s)
_____/

## NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATED IN ACCORDANCE WITH 11 U.S.C. §347

Chapter 7 Trustee, Theresa M. Bender ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as set forth in Exhibit A attached hereto.

                    /s/ Theresa M. Bender
                    THERESA M. BENDER
                    CHAPTER 7 TRUSTEE
                    Theresa M. Bender, P.A.
                    Post Office Box 14557
                    Tallahassee, FL  32317
                    PH:  (850) 205-7777
                    FL. Bar # 0749486
                    Tmbenderch7@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATEDIN ACCORDANCE WITH 11 U.S.C. §347 has been served Electronically, or by U.S. Mail within two business days upon the following and the addressed identified in Exhibit A.

Office of the U.S. Trustee
110 E. Park Ave.
Suite 110
Tallahassee, FL. 32301


Dated: 4/1/2010                                              /s/ Theresa M. Bender

| Printed: 03/11/09 05:23 PM | **Stale Check Report** | Page: 1 |
|---|---|---|

**Trustee:** Theresa M. Bender (290820)
**Case:** 06-40552TLH4 - WELLS, CHRISTOPHER S.

| Account No. | Check No. | Issued | Payee | Check Amount |
|---|---|---|---|---|
| 312-6002061-66 | 112 | 03/11/09 | Clerk, Northern District Bankruptcy Court | $1,369.29 |

| Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 101 | 12/14/06 | 610 | GLHEC<br>2501 International Bank<br>Madison, WI 53704 | 7,010.35 | 7,010.35 | 221.79 | 221.79 |
| 2 | 111 | 12/14/06 | 610 | Wells Fargo Education Financial Services<br>PO Box 5185<br>Sioux Falls, SD 57117-5185 | 12,887.29 | 12,887.29 | 407.72 | 407.72 |
| 13 | 111 | 03/29/07 | 610 | Wells Fargo Education Financial Services<br>PO Box 5185<br>Sioux Falls, SD 57117-5185 | 12,435.62 | 12,435.62 | 393.43 | 393.43 |
| 14 | 111 | 03/29/07 | 610 | Wells Fargo Education Financial Services<br>PO Box 5185<br>Sioux Falls, SD 57117-5185 | 10,947.50 | 10,947.50 | 346.35 | 346.35 |

(*) Denotes objection to Amount Filed